VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>    Plaintiff,<br><br>  vs.<br><br>BEYER SMOKE SHOP INC;<br>MCCLURKEN INC; and DOES 1-10,<br><br>    Defendants. | Case No.: 3:24-cv-00959-W-BLM<br><br>NOTICE OF SETTLEMENT |

1    Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global
2  settlement has been reached in the above-captioned case and the parties would like
3  to avoid any additional expense and further the interests of judicial economy.
4  Plaintiff therefore applies to this Honorable Court to vacate all currently set dates
5  with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as
6  to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

7
8  Respectfully submitted,
9
10  DATED: June 21, 2024                    VALENTI LAW APC
11
12                                          By:  */s/ Matt Valenti*
13
14                                               Matt Valenti, Esq.
                                                 Attorney for Plaintiff