Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Raul Uriarte-Limon

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, <br><br> Plaintiff, <br><br> vs. <br><br> BEYER SMOKE SHOP INC; MCCLURKEN INC; and DOES 1-10, <br><br> Defendants. | Case No.: 3:24-cv-00959-W-BLM <br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Raul Uriarte-Limon voluntarily dismisses this action with prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED: July 2, 2024                              VALENTI LAW APC

                                                 By:  */s/ Matt Valenti*
                                                      Matt Valenti, Esq.
                                                      Attorney for Plaintiff